**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Carlos Jonnathan Sapatanga Criollo,**

v. Case No. 26-cv-00823-PB-AJ

**Warden, FCI Berlin, et al.**

**ORDER**

Carlos Jonnathan Sapatanga Criollo filed a petition for a writ of habeas corpus on October 6, 2026. Doc. 1. In his petition, Sapatanga Criollo alleges that he has been detained "without an opportunity to even have a bond hearing before an impartial adjudicator," id. at 8, and that his continued detention "absent a hearing to determine whether [he] poses a danger to persons or property or is likely to appear for future proceedings, are contrary to the laws of the U.S.," id. at 16. In its subsequent motion to dismiss, the government provided notice that Sapatanga Criollo received a bond hearing on September 21, 2026. Doc. 5. Sapatanga Criollo has neither responded to the government's motion to dismiss nor challenged the sufficiency of the bond hearing. Because Sapatanga Criollo has received his requested relief, his

petition shall be dismissed unless he files an amended petition challenging the sufficiency of his bond hearing within seven days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

November 2, 2026

cc: Counsel of Record